[No. 2888–2.   Division Two.   July 19, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. CLIFFORD WILLIAM MEYERS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 50579, James V. Ramsdell, J., entered May 3, 1977. *Affirmed* by unpublished opinion per Soule, J., concurred in by Reed, A.C.J., and Petrie, J.

[No. 2972–2.   Division Two.   July 20, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN W. WILSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 51029, E. Albert Morrison, J., entered May 31, 1977. *Affirmed* by unpublished opinion per Pearson, C.J., concurred in by Reed and Soule, JJ.

[No. 5044–1.   Division One.   July 24, 1978.]

DOUGLAS R. CASEY, *Appellant,* v. T. W. KRAIGER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 798470, Frank H. Roberts, Jr., J., entered September 21, 1976. *Affirmed* by unpublished opinion per Callow, J., concurred in by Andersen and Dore, JJ.